IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REBEKAH TRAXLER, et al.<br><br>     Plaintiff,<br><br>v.<br><br>MYERS INDUSTRIES, INC.<br><br>     Defendant. | Case No. 1:20-cv-02514-PAB<br><br>JUDGE PAMELA A. BARKER<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Parties, defendant Myers Industries, Inc., and plaintiff Rebekah Traxler, respectfully move this Court to review the Parties' Joint Stipulation of Settlement and Release (the "Settlement") and for an Order approving the Settlement as fair and reasonable.  In support of this motion, the Parties state:

1. Plaintiff Rebekah Traxler commenced the Action on behalf of herself and all others similarly situated to her with respect to the claims she asserted.

2. Plaintiff alleged that defendant violated the overtime provisions of the Fair Labor Standards Act ("FLSA") and Ohio Revised Code 4111.03 by failing to pay plaintiff and other similarly-situated employees for all hours worked on defendant's Dayforce application and Kazoo application.

3. Defendants answered the Complaint and denied any liability or wrongdoing of any kind.

4. The Parties exchanged documents and information related to plaintiff's claims, including the amount of time that plaintiff spent on the Dayforce application and Kazoo application as well as the nature and purpose of those applications.

5.      The Parties agree that a bona fide dispute exists between them.

6.      In an effort to reach a compromise and to avoid the expense and burden of litigation, the Parties have reached a settlement of all plaintiff's wage and hour claims, the terms of which are embodied in the Parties' Settlement that is attached as Exhibit 1.

7.      The Settlement covers only the wage and hour claims of plaintiff Traxler, including all plaintiff's claims alleged in the case.  It does not release any claims of, or provide compensation to, any putative class members.

8.      If approved, the Settlement would resolve the entire case as there is no certified class or collective action and there are no opt-in plaintiffs other than plaintiff Traxler.

9.      Plaintiff's Counsel Clifford P. Bendau, II, James L. Simon and Michael L. Fradin believe that the proposed Settlement is in the best interests of plaintiff.

10.     The proposed Settlement is contingent upon the Court's review and approval of it and issuance of an Order approving the Settlement as fair, adequate and reasonable.

11.     The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and based upon the attached Settlement, hereby stipulate to the dismissal of this case with prejudice.  Except as otherwise provided in the Settlement, the Parties agree to bear their own attorneys' fees and costs.  The Parties request that the Court retain jurisdiction to enforce the terms of the Settlement.

Respectfully submitted,

/s/ *Clifford P. Bendau, II*
Bendau & Bendau
P.O. Box 97066
Phoenix, AZ 85060
480-382-5176
Email: cliffordbendau@bendaulaw.com

James L. Simon
Law Offices of Simon & Simon
520 Liberty Plaza
5000 Rockside Road
Independence, OH 44131
216-525-8890
Email: jameslsimonlaw@yahoo.com

Michael L. Fradin
Law Office of Michael L. Fradin
Ste. 403
8 North Court Street
Athens, OH 45701
847-644-3425
Fax: 847-673-1228
Email: mike@fradinlaw.com

*Attorneys for Plaintiff*

/s/ *Gregory V. Mersol*
Gregory V. Mersol (0030838)
Gilbert Brosky (0079855)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
gmersol@bakerlaw.com
gbrosky@bakerlaw.com

*Attorneys for Defendant Myers Industries, Inc.*