## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**REBEKAH TRAXLER,**                               **CASE NO. 1:20-CV-02514**

                              **Plaintiff,**

           **-vs-**                                **JUDGE PAMELA A. BARKER**


**MYERS INDUSTRIES, INC.,**
                                                   **ORDER**
                              **Defendant.**


This matter comes before the Court upon the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, filed on July 7, 2021.  (Doc. No. 17.)  Upon order of the Court, the parties filed a Supplemental Brief in Support of Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice on July 14, 2021.  (Doc. No. 18.)  The Court has reviewed the parties' filings and attached supporting documents, including the proposed settlement agreement and declarations from Plaintiff's counsel.  The Court finds that the parties' settlement is fair and reasonable and satisfies the standard for approval under the Fair Labor Standards Act.  Therefore, the Court approves the parties' settlement, dismisses Plaintiff's claims with prejudice, and enters final judgment.  At the request of the parties, the Court retains jurisdiction over this action to enforce the terms of the settlement.

**IT IS SO ORDERED.**


                                        _s/Pamela A. Barker_____
                                        PAMELA A. BARKER
Date:  July 19, 2021                    U. S. DISTRICT JUDGE